An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

CHARLES JOSEPH MAKI,
Petitioner,
vs.
THE SECOND JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
WASHOE; AND THE HONORABLE
STEVEN R. KOSACH,
Respondents,
   and
THE STATE OF NEVADA,
Real Party in Interest.

No. 67800

**FILED**

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## *ORDER DENYING PETITION*

This is an original, pro se petition for a writ of mandamus or prohibition, asking this court to order the district court to prepare certified copies of petitioner Charles Joseph Maki's criminal case in its entirety for this court's review. Without deciding upon the merits of any claims raised in the documents submitted in this matter, we decline to exercise our original jurisdiction. *See* NRS 34.160; NRS 34.170; NRS 34.320; NRS 34.330. Accordingly, we

ORDER the petition DENIED.[1]

_____, J.
Saitta

_____, J.          _____, J.
Gibbons                        Pickering

_____

[1]We have received Maki's motion for appointment of counsel, affidavit in support of the motion for appointment of counsel, and motion to the court. We conclude no relief is warranted.

15-22091

cc: Chief Judge, The Second Judicial District Court
Hon. Steven R. Kosach, Senior Judge
Charles Joseph Maki
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk